**LISA R. J. PORTER**
JP Law PC
5200 SW Meadows Rd., Suite 150
Lake Oswego, OR 97035
(503) 245-6309
OSB NO. 025035
Email: Lisa@jplawpc.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

| | |
|---|---|
| **TAMMY L. OTTO,** | |
| Plaintiff, | Civil Action No. 3:17-CV-00774-SI |
| vs. | |
| ANDREW SAUL | ORDER GRANTING AWARD |
| COMMISSIONER of Social Security, | OF ATTORNEYS FEES UNDER |
| Defendant | 42 U.S.C. § 406(b) |

### ORDER

Based upon the Plaintiff's Unopposed Motion for an Award of Attorneys fees pursuant to 42 U.S.C. § 406(b) it is hereby:

ORDERED that Plaintiff is awarded attorney's fees in the amount of 25% of Plaintiff's benefits minus $6,000 awarded for work at the administrative level, and less $6,266.50 in EAJA fees for the total amount of $6,609.75.

It is FURTHER ORDERED that the Commissioner shall pay Plaintiff's Counsel directly from Plaintiff's back benefits withheld, minus any applicable processing fees allowed by statute, and pay the Plaintiff the remainder of her past due benefits.

DATED this  16th  day of  November , 2020

_/s/ Michael H. Simon_
U.S. DISTRICT COURT JUDGE